UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 12961
   JUNE E FRANKLIN
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

      Debtor
   SSN XXX-XX-1361
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/11/06 and confirmed on 12/05/06.

2. The case was dismissed after confirmation, 08/02/2007.

3. The Debtor paid a total of $ 4489.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 3029.55 | .00 | 3029.55 |
| BLAKE THERISE | SECURED | .00 | .00 | .00 |
| FASTEK | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 18401.85 | 397.26 | 64.28 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2542.26 | 45.78 | 8.88 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 3029.55 | .00 | 20944.11 | .00 | 23973.66 |
| PRINCIPAL PAID | 3029.55 | .00 | 73.16 | .00 | 3102.71 |
| INTEREST PAID | .00 | .00 | 443.04 | .00 | 443.04 |
| TOTAL PAID | 3029.55 | .00 | 516.20 | .00 | 3545.75 |

The Debtor's attorney, FOX VALLEY LEGAL GROUP     , was allowed $ 2500.00 and was paid $   1750.00   direct and $     750.00   through the plan.

The Trustee received $     193.25 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


```
Dated: 11/15/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
   CASE NO. 06 B 12961 JUNE E FRANKLIN
```